(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

Anthony Alwin Stone
(Enter the full name of the plaintiff in this action)

v.

Ric Bradshaw, Sheriff of Palm Beach County
Deputy Sheriff Frank Acierno #9534
Deputy Sheriff Sgt. Willie Morris #5341

(Above, enter the full name of the defendant(s) in this action)

FILED BY _____ D.C.
FEB 20 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**Instructions for Filing:**

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must be identical to the original.</u>

Your complaint must be legibly handwritten or typewritten. <u>Please do not use pencil to complete these forms.</u> The plaintiff must sign and swear to the complaint. <u>If you need additional space to answer a question, use an additional blank page.</u>

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

cat / div SSO/1983
Case # _____
Judge _____ Mag _____
Motn Ifp _____ Fee pd $ _____
Receipt # _____

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I.  Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Anthony Alwin Stone

Inmate #: 0215554

Address: Main Detention Center, P.O. Box 24716, W. Palm Beach, FL 33416

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Ric Bradshaw

is employed as the Sheriff of Palm Beach County, FL

at the Palm Beach Sheriff's Office, P.O. Box 24716, W. Palm Beach, FL 33416

C. Additional Defendants: Deputy Sheriff Frank Acierno #9534

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

#(1) On 6/30/18 Deputy Sheriff Frank Acierno #9534 in his official capacity arrested & filed falsied charges on Anthony Alwin Stone. D/S Acierno investigating a robbery call in which Mr. Stone was never charged #(2) deployed a tazer (serial number 063018 8 Z) on Mr. Stone. Then seeing that the tazer was ineffective pursed Mr. Stone on foot. D/S Acierno fell there by suffering a minor scratch to the face. While Mr. Stone continued over a fence at 30 A South D Street or there abouts, that stucture.

#(3) D/S Acierno has lied on an official proseedig of an affidavit at depositions. The true location of the tazing of Mr. Stone is 30 A South D Street or there about. The tazer features will show the back or side area of 30 A

(Claims)
(1) Habeas Corpus
(2) U.S. CA and 8th amendment violation
(3) U.S.CA 4th amendment violation

South D Street. Also D/S Acierno #9534 Falsily claims that prior to tazing Mr. Stone, Mr. Stone pulled away from him and battery him with a short fence then D/S Acierno claims he reciprocally tazed Mr. Stone, falsily. But he Mr. Stone will affirm that all incidents claimed by D/S Acierno are in fact fabrications, totally. Nothing as claimed by D/S Frank Acierno is factual at 207 South D Street. The D/S Frank Acierno fell down & never caught back up with Mr. Stone because once Mr. Stone was over said fence the Deputy was unware of Mr. Stones where abouts. Not until the K-9 Unit 27 found Mr. Stone at the residence of 225 South D Street, when a tall black male exited and advise K9- Unit 27 and D/S Acierno so.

(4) I filed a complaint against D/S Frank Acierno #9534 with the # Internal Affairs Division of Palm Beach Sheriff Office. Sgt. Willie Morris #5341 was assign as the I.A. investigator. I amended the complaint the location as 30 A south D Street not 207 South D Street as alleged. I made it plain several times to D/S Morris #5341 whom in his official capacity acted with negligent indifference or reckless disregard with to the investigating of the claims of Mr. Stone. By the omitting of the location of 30 A South D Street he intentionally deprived Mr. Stone of due process, Sgt. Morris has thwarted my complaint, in his official capacity.

Claim
-----
U.S.C.A. 14th Amendment Due process of law violations

page 3(b) of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____
_____
_____
_____
_____
_____
_____

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

The investigator D/S Willie Morris # 5341 failed to make a good faith effort to identify the location in the Probable cause affidavit of the 1st fence Mr. Stone jumped. This is the area where Mr. Stone was tazed, 30 A South D Street Lakeworth, FL. Mr. Stone requests that the Internal Affairs Division of the Palm Beach Sheriff's Office in conjunction with the footage from tazer 063018.8 Z identify the area of tazing by photographs. Which will be the side of the stucture at 30 A South D Street not 207 South D Street. P.B.S.O. to train their Deputys adaquatly in policies to prevent excessive force incidents & immediate Habeau Corpus relief to complaintent.

### IV. Jury Demand

Do you demand a jury trial? ☐ Yes  ☑ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this \_\_\_Feb.\_\_\_ day of \_\_\_12\_\_\_, 20\_19\_

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: \_\_Anthony Alwin Stone\_\_

_____
(Signature of Plaintiff)



Anthony Alwin Stone #16010-265559
Main Detention Center
P.O. Box 24716
W. Palm Beach, FL

USMS INSPECTED
RECEIVED FEB 2019

Legal Mail

Clerk's Office of the U.S. District Court
Southern District of Florida
400 North Miami Avenue, Room 8N09
Miami, FL 33128-7788